**In The**
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-23-00139-CR**

**DOUGLAS EUGENE MILES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. F20-33734**

_____

**MEMORANDUM OPINION**

On April 25, 2023, the trial court sentenced Douglas Eugene Miles on an indictment for driving while intoxicated. The trial court signed a certification that this is a plea-bargain case, and the defendant has no right of appeal, and that the defendant has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2). On May 8, 2023, Miles filed a notice of appeal *pro se*. The trial court appointed counsel to represent Miles on appeal. The District Clerk provided the certification to the Court of Appeals.

1

On May 11, 2023, we notified the parties that we would dismiss the appeal unless the appellant established the certification was incorrect. We granted an extension of time to file a response, but the appellant did not file a written response on or before the due date of June 9, 2023. Since the record lacks a certification saying that Miles has the right of appeal, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 27, 2023
Opinion Delivered June 28, 2023
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.